**Appeal Dismissed and Memorandum Opinion filed January 23, 2020.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00822-CV**

---

**LAC FRANCHISING, LLC, Appellant**

**V.**

**2PROSPER INVESTMENT, LLC, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18558-A**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 18, 2019. Appellant's brief was due November 25, 2019. No brief or motion for extension of time to file the brief was filed.

On December 3, 2019, the court ordered appellants to file a brief by December 27, 2019. We cautioned that if appellants failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Poissant